THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   (415) 674-8600
Facsimile:    (415) 674-9900

Attorney for Plaintiffs
IRMA RAMIREZ and
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT CHINA; JOSEPH MURPHY CORP., a California Corporation; and CHEN CHENG KUNG and KIM KUNG, dba GREAT CHINA, <br><br> Defendants. | **CASE NO. CV14-04012-SI** <br><br> STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants JOSEPH MURPHY CORP., a California Corporation; and CHEN CHENG KUNG and KIM KUNG, dba GREAT CHINA, by and through their respective attorney of record stipulate to continue the Case Management Conference set for February 6, 2015, at 2:30 p.m.

1.   **Whereas**, all defendants have been served with the summons and complaint, and defendants have answered plaintiffs' complaint; and

2.   **Whereas**, the parties conducted the General Order 56 Joint Site Inspection on December 11, 2014, at the Great China Restaurant, located at 1589 Farmers Lane, Santa Rosa, California; and

///

///

3. **Whereas**, plaintiffs are in the process of submitting their global demand to defendants, and defendants will have up to and including ten (10) calendar days from the date of the demand letter to respond; and

4. **Whereas**, the parties are hopeful they will be able to negotiate a settlement. If settlement negotiations are unsuccessful, plaintiffs will file a notice of need for mediation by no later than January 30, 2015; and

5. **Whereas**, the parties believe it would be in the interests of efficiency and economy to continue the Case Management Conference to sometime after the mediation has been completed;

6. **Therefore**, the parties respectfully request that the Case Management Conference currently scheduled for February 6, 2015, at 2:30 p.m. be continued up to and including ninety (90) days, and/or to a date that is convenient to the Court.

**IT IS SO STIPULATED**.

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: January 22, 2015

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ____/s/Thomas E. Frankovich_____
     Thomas E. Frankovich
Attorney for Plaintiffs IRMA RAMIREZ; and
DAREN HEATHERLY

///
///
///
///

Dated: 1/21, 2015

CLEMENT, FITZPATRICK &
KENWORTHY PC

By: _____
Peter C. De Golia
Attorney for Defendants JOSEPH MURPHY
CORP., a California Corporation; and CHEN
CHENG KUNG and KIM KUNG, dba GREAT
CHINA

[PROPOSED] ORDER

**IT IS SO ORDERED** that the Case Management Conference set for Friday, February 6, 2015, is vacated and/or continued to May 12, 2015, at 2:30 a.m./p.m. The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.

Dated: 1/23, 2015

_____
Honorable Susan Illston
California United States District Judge