THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A Professional Law Corporation***
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    (415) 444-5800
Facsimile:    415/674-9900
tfrankovich@disabilitieslaw.com

Attorneys for Plaintiffs
DAREN HEATHERLY and
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and<br>IRMA RAMIREZ,<br><br>     Plaintiff,<br><br>v.<br><br>GREAT CHINA; JOSEPH MURPHY<br>CORP., a California Corporation; and<br>CHEN CHENG KUNG and KIM KUNG,<br>dba GREAT CHINA<br><br>     Defendant.<br>_____ | **CASE NO. CV 14-04012-SI**<br><br>MOTION FOR ADMINISTRATIVE RELIEF -<br>REQUEST FOR CASE MANAGEMENT<br>CONFERENCE; MEMORANDUM OF<br>POINTS AND AUTHORITIES AND<br>[PROPOSED] ORDER THEREON SETTING<br>CASE MANAGEMENT CONFERENCE<br><br>[L.R. 7-11; Gen. Order 56]<br><br><br>**Complaint filed:** September 4, 2014 |

Plaintiffs DARREN HEATHERLY and IRMA RAMIREZ, pursuant to Local Rule 7-11 and General Order 56, hereby move this Court for Administrative Relief and requests the Court to set a Case Management Conference in the above-captioned matter.

The case before this Court seeks, in part, relief pursuant to Title III of the Americans with Disabilities Act ("ADA"), and pursuant to California statutes of Civil Code §51, *et seq.* and §54, *et seq*., and California Health & Safety Code §19955 *et seq*., relief and damages.  Accordingly, litigation of this case is controlled by the procedures established in General Order No. 56.

///

///

These procedures impose a stay on all discovery until after a mediation has been completed and a case management conference has taken place.

General Order No. 56 provides for plaintiffs to file a motion to request a Case Management Conference once a mediation has been completed.  A mediation was conducted on September 3, 2015, by Mediator, Jonathan Lee.  However, the parties were unsuccessful in their efforts to try and resolve the above-mentioned caption matter.  This case has not settled. It appears that discovery is necessary.  Therefore, plaintiffs respectfully request that this matter be set for a Case Management Conference.

Respectfully Submitted,

Dated: September 10, 2015            THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*


                                     By:   /s/Thomas E. Frankovich
                                         THOMAS E. FRANKOVICH
                                     Attorney for Plaintiffs DAREN HEATHERLY and
                                     IRMA RAMIREZ

///

///

///

///

///

///

///

///

///

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## **GENERAL ORDER 56**:

3
General Order No. 56 provides for plaintiff to file a motion to request a Case Management

4
Conference once a mediation has been completed.

5
¶8 " If the case does not resolve at mediation within seven

6
(7) days of the mediator's filing of a Certification of ADR

7
Sessions reporting that the mediation process is concluded,

8
plaintiff shall file a Motion for Administrative Relief

9
pursuant to Civil Local Rule 7-11 requesting a Case

10
Management Conference."

11

12

13
Dated: September 10, 2015                THOMAS E. FRANKOVICH,

14
                                        *A PROFESSIONAL LAW CORPORATION*

15

16
                                        By: __/s/Thomas E. Frankovich_____

17
                                        THOMAS E. FRANKOVICH

18
                                        Attorney for Plaintiffs DAREN HEATHERLY and

19
                                        IRMA RAMIREZ_____

20

21
                                ~~[PROPOSED]~~ ORDER

22
    **IT IS HEREBY ORDERED** that this Court will set this case for a Case Management

23
Conference.

24
Initial Case Management Conference set for 10/16/15, at 2:30 p.m.  Counsel shall file a

25
Joint Case Management Conference Statement on 10/9/15.

26
Dated:_____9/11_____, 2015            _____

27
                                        HONORABLE SUSAN ILLSTON

28
                                        Senior United States District Judge