THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   (415) 674-8600
Facsimile:   (415) 674-9900

Attorney for Plaintiffs
IRMA RAMIREZ and
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREAT CHINA; JOSEPH MURPHY CORP., a California Corporation; and CHEN CHENG KUNG and KIM KUNG, dba GREAT CHINA,<br><br>　　　　Defendants. | **CASE NO. CV14-04012-SI**<br><br>STIPULATION and [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants JOSEPH MURPHY CORP., a California Corporation; and CHEN CHENG KUNG and KIM KUNG, dba GREAT CHINA, by and through their respective attorney of record, hereby stipulate to continue the Case Management Conference currently set for October 15, 2015 at 10:00 a.m.

　　　1.　**Whereas**, plaintiffs counsel, Thomas E. Frankovich, will be out of state on a pre-paid vacation from October 14, 2015 through October 16, 2015;

　　　2.　**Due to the aforementioned reason**, the parties have therefore agreed to and respectfully request that Case Management Conference currently scheduled for October 15, 2015, at 10:00 a.m. be continued up to and including November 19, 2015, and/or to a date that is convenient to the Court.

1  IT IS SO STIPULATED.

2  This stipulation may be executed in counterparts and have the same force and effect as
3  though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall
4  have the same force and effect as originals.

Respectfully submitted,

7  Dated: October 8, 2015         THOMAS E. FRANKOVICH,
                                  *A PROFESSIONAL LAW CORPORATION*

10                                By: ____/s/Thomas E. Frankovich_____
                                        Thomas E. Frankovich
                                  Attorney for Plaintiffs IRMA RAMIREZ; and
                                  DAREN HEATHERLY

12  Dated: 10-9, 2015             CLEMENT, FITZPATRICK &
                                  KENWORTHY PC

15                                By:_____
                                        Peter C. De Golia
                                  Attorney for Defendants JOSEPH MURPHY
                                  CORP., a California Corporation; and CHEN
                                  CHENG KUNG and KIM KUNG, dba GREAT
                                  CHINA

19                        [PROPOSED] ORDER

20  IT IS SO ORDERED that the Case Management Conference set for October 15, 2015,
21  at 10:00 a.m., is vacated and/or continued to Nov. 20, 2015, at 3:00 a.m./p.m.
22  The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the
23  Conference.

25  Dated: 10/9, 2015             _____
                                  Honorable Susan Ilston
                                  California United States District Judge