THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900

Attorney for Plaintiffs
IRMA RAMIREZ and
DAREN HEATHERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>          Plaintiffs,<br><br>v.<br><br>GREAT CHINA; JOSEPH MURPHY CORP., a California Corporation; and CHEN CHENG KUNG and KIM KUNG, dba GREAT CHINA,<br><br>          Defendants. | CASE NO. CV14-04012-KAW<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs DAREN HEATHERLY and IRMA RAMIREZ, and defendants JOSEPH MURPHY CORP., a California Corporation; and CHEN CHENG KUNG and KIM KUNG, dba GREAT CHINA, by and through their respective attorney of record, hereby stipulate to continue the Case Management Conference currently set for December 1, 2015 at 1:30 p.m.

    1.    **Whereas**, plaintiffs counsel, Thomas E. Frankovich, will be out of state on a pre-paid vacation from November 26, 2015 through December 8, 2015.

    2.    **Whereas,** plaintiffs' counsel's office will be closed for the holidays from December 21, 2015 through January 4, 2016.

3. **Therefore**, the parties respectfully request that the Case Management Conference currently scheduled for December 1, 2015, at 1:30 p.m. be continued to sometime at the end of January 2016 and/or to a date that is convenient to the Court.

**IT IS SO STIPULATED**.

This stipulation may be executed in counterparts and have the same force and effect as though all signatures are on the same and/or consecutive pages. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: November 23, 2015        THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

                                By: /s/Thomas E. Frankovich
                                Thomas E. Frankovich
                                Attorney for Plaintiffs IRMA RAMIREZ; and
                                DAREN HEATHERLY

Dated: November 23, 2015        CLEMENT, FITZPATRICK &
                                KENWORTHY PC


                                By: /s/ Peter C. De Golia
                                Peter C. De Golia
                                Attorney for Defendants JOSEPH MURPHY
                                CORP., a California Corporation; and CHEN
                                CHENG KUNG and KIM KUNG, dba GREAT
                                CHINA

//

//

1 |                          [PROPOSED] ORDER

2 |    **IT IS SO ORDERED** that the Case Management Conference set for December 1, 2015,

3 | at 1:30 p.m., is ~~vacated and~~/or continued to ___January 26___, 2016, at ___1:30___ ~~a.m.~~/ p.m.

4 | The parties shall file a Joint Case Management Statement no later than seven (7) days prior to

5 | the

6 | Conference.

9 | Dated: ___November 24___, 2015             _Kandis Westmore_____
10 |                                             Kandis A. Westmore
                                                United States Magistrate Judge