United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    DAREN HEATHERLY, et al.,
                                                 Case No.  14-cv-04012-KAW
                   Plaintiffs,
8
           v.                                    **ORDER REQUIRING FILING OF
9                                                STIPULATION OF DISMISSAL
     GREAT CHINA, et al.,                        WITHIN 60 DAYS**
10
                   Defendants.
11

12

13          The docket indicates that this case settled prior to the mediation session previously

14   scheduled for April 22, 2016.  (*See* Apr. 20, 2016 ADR Remark.)  Accordingly, the parties shall

15   file a stipulation of dismissal within 60 days of this order, absent any extension ordered by the

16   Court.  The case management conference currently scheduled for June 7, 2016 is continued to

17   August 9, 2016.

18          IT IS SO ORDERED.

19   Dated: 05/25/16

20                                               _____
                                                 KANDIS A. WESTMORE
21                                               United States Magistrate Judge

22

23

24

25

26

27

28