THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900
Email:   tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs DAREN HEATHERLY
and, IRMA RAMIREZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and, IRMA RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> GREAT CHINA, *et al.*, <br><br> Defendants. | CASE NO. 14-cv-04012-KAW <br><br> **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

//

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: June 10, 2016          THOMAS E. FRANKOVICH, APLC
                              *A PROFESSIONAL LAW CORPORATION*

                              By:  /s/ Thomas E. Frankovich
                              Thomas E. Frankovich
                              Attorney for Plaintiffs

Dated: June 10, 2016          CLEMENT FITZPATRICK & KENWORTHY PC

                              By:  /s/ Peter C. De Golia
                              Peter C. De Golia
                              Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  6/10         , 2016

                              _____
                              Hon. Kandis A. Westmore
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER